UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE ALAN THEUT,

    Petitioner,

Case No. 15-cv-13680
Hon. Matthew F. Leitman

v.

RANDALL HAAS,

    Respondent.
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

On November 13, 2015, this Court entered an Opinion and Order (ECF # 9) dismissing the Petition for Writ of Habeas Corpus filed by Dale Theut (the "Opinion and Order"). On December 22, 2015, Theut filed a letter (ECF #11) that the Court construes as a motion to reconsider the Opinion and Order. The letter does not demonstrate any error in the Opinion and Order. Thus, the Court declines to reconsider the Opinion and Order.

IT IS HEREBY ORDERED THAT the motion to reconsider is DENIED.

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: January 5, 2016

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2016, by electronic means and/or ordinary mail.

                                                       s/Holly A. Monda
                                                       Case Manager
                                                       (313) 234-5113